SHACKLEFORD *et al. v.* STRIPLING *et al.*

No. 13934. JANUARY 13, 1942. REHEARING DENIED FEBRUARY 12, 1942.

*Frank S. Twitty* and *J. D. Gardner,* for plaintiffs.
*Robert Culpepper Jr.,* for defendants.

HANSON *v.* WILLINGHAM.

GRICE, Justice. There being no assignment of error in the bills of exceptions, the same not having been certified as true by the trial judge, and no service thereof or any acknowledgment of service appearing, this court is without jurisdiction.

*Writ of error dismissed. All the Justices concur.*

No. 14010. JANUARY 13, 1942. REHEARING DENIED FEBRUARY 12, 1942.

*W. R. Hanson,* pro se. *Frank B. Willingham,* contra.